Case 5:26-cv-00146   Document 20   Filed 02/20/26 in TXSD   Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
February 20, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **MARTHA DE LA MERCEDES LEON-MORA,** § § § | |
| Petitioner, § § | |
| VS. § | **CIVIL ACTION NO. 5:26-CV-00146** |
| § § | |
| **DIRECTOR,** *et al.*, § § § | |
| Respondents. § | |

## ORDER

Pending before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1) filed by next of friend Oswaldo Milton Burgos Castro on behalf of Petitioner Martha De la Mercedes Leon-Mora ("Petitioner"). Based on the record currently before the Court, an order for removal was issued against Petitioner on January 26, 2026, and Petitioner has not informed the Court whether she has filed an administrative appeal of that removal order or a motion to reopen removal proceedings. (*See* Dkt. 1.)

Given this, the Court requests Petitioner to inform the Court whether she has filed an administrative appeal by **February 26, 2026**. If the Court does not receive a response, the Court may not have enough information to decide how to proceed.

The Court asks Petitioner to provide answers to the below questions:

1. Has Petitioner filed an administrative appeal with the Board of Immigration Appeals? If yes, please provide the date and whether the BIA has said they have received the appeal.

2. Has Petitioner filed a motion to reopen his immigration proceedings? If yes, please provide the date the motion was filed.

Petitioner may send the response by email to Veronica_Caballero@txs.uscourts.gov or by mail to the following address:

**Clerk of Court**
**1300 Victoria St., Ste. 1131**
**Laredo, TX 78040**

A noncitizen who receives an order of removal from an Immigration Judge has the right to appeal that decision to the Board of Immigration Appeals (BIA). An appeal to the BIA must typically be received by the BIA within 30 days of the Immigration Judge's decision. 8 C.F.R. § 1003.38(b). If an appeal is not filed by that date, the removal order may become final.

An appeal to the BIA is initiated by filing a Notice of Appeal (Form EOIR-26) with the BIA. The form and instructions are available through the Executive Office for Immigration Review (EOIR).[1] The appeal must be filed in accordance with the instructions on the form and applicable regulations, including any filing fee or fee waiver requests.

The Clerk of Court is DIRECTED to mail Petitioner a copy of this Order by any receipted means to the following addresses:

**Oswaldo Milton Burgos Castro**
**3713 W Northgate Dr**
**Apt 705**
**Irving, TX 75062**

**Martha De la Mercedes Leon-Mora**
**A# 221-015-183**
**CoreCivic Laredo Processing Center**
**4702 E Saunders St**
**Laredo, TX 78041**

---

[1] The general instructions can be accessed online at: https://www.justice.gov/eoir/media/1345241/dl?inline. The Form EOIR-26 can be accessed online at: https://www.justice.gov/eoir/media/1344261/dl?inline.

IT IS SO ORDERED.

SIGNED this February 20, 2026.

_____
Diana Saldaña
United States District Judge