United States District Court
Southern District of Texas
**ENTERED**
April 06, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **MARTHA DE LA MERCEDES LEON-MORA,** | § § § | |
| **Petitioner,** | § § § | |
| **VS.** | § § | **CIVIL ACTION NO. 5:26-CV-00146** |
| **DIRECTOR, *et al.*,** | § § § | |
| **Respondents.** | § § | |

**ORDER**

On March 10, 2026, the Court granted in part Petitioner Martha De la Mercedes Leon-Mora's ("Petitioner") Petition for Writ of Habeas Corpus, (Dkt. 1), as to Petitioner's unlawful detention claim in Count IV and ordered Petitioner's release from custody. (Dkt. 36.) Respondents confirmed that Petitioner was released from custody pursuant to the Court's order on March 11, 2026. (Dkt. 38.) The Court also ordered Petitioner to file an advisory within three weeks indicating whether she intends to pursue her claims in Counts I, II, and III in light of the relief granted by the Court and warned Petitioner that the Court may dismiss her additional claims if she failed to respond. (Dkt. 36 at 6.)

Nearly four weeks have passed, and Petitioner has not submitted any additional filings to the Court. As such, Petitioner's claims in Count I, II, and III are DISMISSED without prejudice to refiling.

The Clerk of Court is DIRECTED to mail Petitioner a copy of this Order and Docket Entry No. 36 by any receipted means to the following address:

Martha De la Mercedes Leon-Mora and Oswaldo Milton Burgos Castro
3713 W. Northgate Dr., Apt. 705

1 / 2

Irving, TX 75062

The Clerk of Court is also DIRECTED to email Petitioner's next of friend a copy of this Order at luordesalemanlima@gmail.com.

IT IS SO ORDERED.

SIGNED this April 6, 2026.

_____
Diana Saldaña
United States District Judge